**Order entered September 16, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00569-CV

**TERESA WARD COOPER, AS NEXT FRIEND OF JANE DOE/D.T., Appellant**

**V.**

**FIRST FINANCIAL BANK, N.A., Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-01566-2016**

## ORDER

We **REINSTATE** this appeal as the findings of fact and conclusions of law for which we abated have been filed.

By motion filed September 13, 2019, appellant has informed the Court she requested additional or amended findings and conclusions. Although our order abating the appeal directed Collin County District Clerk Lynn Finley to file, no later than September 4, 2019, a supplemental clerk's record containing any request for additional or amended findings and conclusions and any additional or amended findings and conclusions, appellant notes no supplemental clerk's record has been filed. Appellant asks we order the supplemental record be filed.

We **GRANT** the motion and **ORDER** Ms. Finley to file a supplemental clerk's record containing the request for additional or amended findings no later than September 26, 2019. The

supplemental clerk's record shall also include any additional or amended findings filed by the trial court or written verification no such findings were made.  As the reporter's record has been filed, we further **ORDER** appellant to file her opening brief within thirty days of the filing of the supplemental clerk's record.

We **DIRECT** the Clerk of the Court to send a copy of the order to Ms. Finley and the parties.

/s/     KEN MOLBERG
            JUSTICE